**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 2:08cr097 (DMC) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| LUIS GALLEGO | : | |

This matter having come before the Court on defendant Luis Gallego's request for permission to travel to Colombia; the Court having reviewed that request and the government's response; and for good cause shown;

IT IS on this ____ day of April, 2011,

ORDERED that the defendant's request be, and hereby is, DENIED.


HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE